NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3012

GEORGE W. WINGO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in DA0752080083-I-1.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

George Wingo moves without opposition for a 23-day extension of time, until April 8, 2009, to file his initial brief. The parties also jointly move for leave to supplement the record.

Because the record on review includes any transcripts, the motion for leave to supplement the record is denied as unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for an extension of time is granted.

(2)    The motion to supplement the record is denied as unnecessary.

FOR THE COURT

APR 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 13 2009

JAN HORBALY
CLERK

cc: Hope H. Camp, Jr., Esq.
Michael D. Austin, Esq.

s19